No. 8397.   STATE ex Rel. SHERBURNE MERCANTILE CO., Relator, v. DISTRICT COURT et al., Respondents.

Decided December 12, 1942.

PER CURIAM.—The writ prayed for in this proceeding is hereby denied, by unanimous action of the court.

*Mr. James E. Burdett,* for Relator.

No. 8398.   STATE ex Rel. R. V. BOTTOMLY, as Attorney General and individually, Relator, v. DISTRICT COURT et al., Respondents.

Decided December 14, 1942.

PER CURIAM.—The writ applied for in the above action is hereby denied.

*Messrs, Clarence Hanley, Fred Lay, George S. Smith, Alfred F. Dougherty, Ralph J. Anderson, Charles L. O'Donnell, Jr., Myles J. Thomas, John W. Chapman* and *Robert L. Word, Jr.,* for Relator.

No. 8414. STATE ex Rel. MONTANA FURRIERS ASSN., INC., Relator, *v.* STATE FISH & GAME COMMISSION et al., Respondents.

Decided January 21, 1943.

PER CURIAM.—The above application for writ of mandate is denied.

*Messrs. Murch & Wuerthner,* for Relator.

No. 8413. STATE ex. Rel. JOHN H. CORCORAN, Relator, *v.* STATE BOARD OF EQUALIZATION, Respondent.